## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARIA TORRES,**

        **Plaintiff,**

**-v-**                              **CASE NO.  6:11-CV-1094-ORL-35GJK**

**FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,**

        **Defendant.**

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 12) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**.  The parties have resolved all claims, including claims for attorneys' fees and court costs.  The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Orlando, Florida this 22nd day of November 2011.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party